MELINDA HAAG (CSB3N 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 6600544)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile:  (415) 436-6748
    E-mail: kimberly.friday@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REQUEST FROM TURKISH COURT FOR INFORMATION FROM TWITTER, INC. <br><br> SAHAN GOKBAKAR V. EROL KOSE, 15TH CIVIL COURT OF FIRST INSTANCE OF ISTANBUL, CAGLAYAN-KAGITHANE, REPUBLIC OF TURKEY | MISC. NO. <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

Pending before the Court is an application submitted by the United States pursuant to 28 U.S.C. Section 1782 and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters concerning a request by a Turkish Court for information from Twitter, Inc. ("Twitter"). At this time, the United States requests that the Court appoint Kimberly Friday, Assistant United States Attorney, as Commissioner, and authorize AUSA Friday to serve Twitter with a subpoena in accordance with the terms and conditions set forth below.

//
//
//
//
//

MISC. NO.
[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

1

1  Pursuant to the power conferred on it under 28 U.S.C. § 1782 and its inherent authority, the
2  Court hereby ORDERS that AUSA Kimberly Friday is appointed as Commissioner, and is authorized to
3  serve Twitter with a subpoena seeking the IP number of the Twitter account @dreolkose, to be used in a
4  private civil suit in a Turkish Court.

5  **IT IS SO ORDERED**.

7  DATED: May 28, 2015

_____
UNITED STATES MAGISTRATE JUDGE